UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARKQUES BURTON | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| UNITED STATES AKA UNITED | * | |
| STATES POSTAL SERVICE AND | * | |
| ABC INSURANCE COMPANY | * | MAGISTRATE: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Markques Burton ("Mr. Burton"), a person of full age of majority and domiciled in Calcasieu Parish, Louisiana, who respectfully represents the following:

1.

Made defendants herein are the following:

    **a.**    **UNITED STATES AKA UNITED STATES POSTAL SERVICE ("USPS")**, who was the employer of a postal service driver, Jamie Adams ("Ms. Adams"), at the time of the accident alleged herein, and may be served at 921 Moss Street, Lake Charles, Louisiana 70601; and

    **b.**    **ABC INSURANCE COMPANY** ("ABC"), a domestic and/or foreign insurance corporation, which at all times material thereto was the automobile liability insurer of USPS, providing coverage and indemnity for the claims and causes of action asserted herein against USPS. ABC is the fictitious identity of the automobile liability insurer of USPS, and the true identity of this insurer will be made known to the Court upon amendment of the pleadings as soon as the true identity of the insurer or insurers can be ascertained.

2.

Defendants are liable jointly, individually, and *in solido* to petitioner in a total sum, which is found reasonable under the circumstances of this case for the personal injuries and damages, both general and special damages, together with legal interest from the date of judicial demand until paid and for all costs of these proceedings as a result of the July 23, 2019 accident that occurred when the 1989 General Motor LLV Postal Truck ("USPS Truck") being driven by Ms. Adams was stopped behind Mr. Burton's 1990 Mercury Grand Marquis ("Mercury"), facing westbound on Sallier Street in Lake Charles, Louisiana. Ms. Adams' USPS Truck rear ended Mr. Burton's Mercury, causing Mr. Burton's injuries.

3.

The accident and resulting injuries to petitioner, Mr. Burton, and subsequent damages sustained by petitioner, Mr. Burton, were caused by the fault, negligence and/or strict liability of defendant, Ms. Adams, an employee of the USA aka USPS in the following non-exclusive particulars:

- a. Failing to maintain a proper lookout;
- b. Driving in an inattentive manner, with reckless and wanton disregard for the safety of other vehicles;
- c. Failing to see what she should have seen;
- d. Failing to avoid striking the rear of Mr. Burton's vehicle;
- e. Failure to maintain proper control of the vehicle she was driving;
- f. Failure to exercise reasonable and prudent care under the circumstances;

    g.    Failure to do what she should have done under the circumstances to avoid hitting Mr. Burton's vehicle; and

    h.    Any and all other acts of fault, negligence and strict liability known only to the defendants, which may be discovered prior to the trial of this cause.

4.

The accident and resulting injuries to Mr. Burton and subsequent damages sustained by Mr. Burton were caused by the fault, negligence and/or strict liability of defendant, USA aka USPS, in the following non-exclusive particulars:

    a.    Negligently hiring an inattentive and/or incompetent person, Ms. Adams, to drive the USPS truck;

    b.    Failing to adequately train and adequately supervise an unskilled driver and incompetent driver, Ms. Adams; and

    c.    Any and all other acts of fault, negligence and strict liability known only to the defendants, which may be discovered prior to the trial of this cause.

5.

Additionally, the United States Postal Service is vicariously liable for the negligence of its employee under the doctrine of *respondeat superior*.

6.

As a result of the above-described accident, petitioner, Mr. Burton, sustained painful injuries, which may be described particularly, but not exclusively, as follows:

    a.    Injuries to both wrists;

    b.    Injuries to both knees;

    c.    Injuries to his upper back and mid-back; and

d. Other injuries.

Mr. Burton suffered from these injuries and is entitled to recover *in solido* from the defendants.

7.

As a result of the above-described accident, petitioner sustained the following damages:

a) Physical pain and suffering (past, present and future);

b) Mental pain and anguish (past, present and future);

c) Expenses related to the treatment of his injuries, and travel expenses (past, present and future);

d) Physical disability and limitations of activities, hobbies and endeavors (past, present and future); and

e) Loss of enjoyment of life (past, present and future).

8.

At the time of the accident and upon information and belief, defendant, ABC, had in full force and effect a policy or policies of public liability insurance, which was issued to USA aka USPS under the terms of which ABC is required to pay for any damages caused by the employees of USA aka USPS, which would include Ms. Adams, and for which ABC indemnifies Ms. Adams and USA aka USPS under the terms of the aforementioned public liability insurance policy against all liabilities arising out of the negligence of the unidentified employee under the circumstances of this accident.

9.

On July 2, 2021 plaintiff's settlement demand was sent to defendants, requesting that the defendants respond to plaintiff's settlement offer contained in the Standard Form 95. As required by Title 28 U.S.C. § 2675(a), the six-month waiting period for defendants to adjudicate the claim, has now passed. Thus, considering the filing of this lawsuit timely. A previous lawsuit and the Standard Form 95 was filed in July of 2021. The timely filing of the Standard Form 95 on July 21, 2021 also tolled the statute of limitations.

10.

Upon information and belief, Mr. Burton's damages are sufficient to entitle any of the parties to a trial by jury.

11.

Mr. Burton has filed an administrative claim with the United States Postal Service 180 days or 6 months prior to filing of this lawsuit with no response from the USA aka USPS. Thus, this lawsuit is not premature and is timely.

WHEREFORE, petitioner, Mr. Burton, prays that:

(1) Defendants be duly served with a copy of this Complaint and cited to appear herein and answer the same;

(2) That after due proceedings had, there be judgment herein in favor of petitioner against defendants, *in solido,* for such damages as are reasonable in the premises, together with the maximum legal interest from the date of judicial demand until paid, and for all costs of these proceedings, including the costs of expert witnesses; and

(3) For full, general and equitable relief.

Respectfully submitted:

s/Steve M. Sikich

---

**STEVE M. SIKICH** (#18026)
THE SIKICH LAW FIRM
309 E. Sallier Street, Suite B * 70601
P.O. Box 1432 * 70602
Lake Charles, Louisiana
Telephone: (337) 721-8008
Facsimile: (337) 721-8006
E-mail:  ssikich@sikichlaw.com
*Attorney for Plaintiff, Markques Burton*